**Sharlene Miller**

| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| Sent: | Friday, July 07, 2017 4:45 PM |
| To: | Gary Imblum |
| Subject: | U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Joseph Robert Dmitrovic, Case Number: 17-02192, HWV, Ref: [p-109592703] |
| Attachments: | R_P11702192ntnew3410056.PDF |

Notice of Returned Mail to Debtor/Debtor's Attorney

July 7, 2017

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Joseph Robert Dmitrovic, Case Number 17-02192, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Ronald Reagan Federal Building**
**PO Box 908**
**Harrisburg, PA 17108**

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Chase Card Services
Attn: Correspondence
PO Box 15278
Wilmington, DE 19850-5278

THE UPDATED ADDRESS IS:
*Can't find address*

Signature of Debtor or Debtor's Attorney       7-10-17

Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

Total Control Panel                                                                                      Login

To: gary.imblum@imblumlaw.com          Message Score: 1                    High (60): Pass
From:                                                       My Spam Blocking Level: Low        Medium (75): Pass
usbankruptcycourts@noticingcenter.com                                                 Low (90): Pass

                                                        Block this sender
                                                        Block noticingcenter.com

*This message was delivered because the content filter score did not exceed your filter level.*