Certificate Number: 16339-PAM-DE-029706552

Bankruptcy Case Number: 17-02192


16339-PAM-DE-029706552

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on August 9, 2017, at 2:00 o'clock PM EDT, Joseph Dmitrovic completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 9, 2017

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor