Certificate Number: 16339-PAM-DE-029706553

Bankruptcy Case Number: 17-02192


16339-PAM-DE-029706553

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 9, 2017,</u> at <u>2:00</u> o'clock <u>PM EDT</u>, <u>Danielle Beshore</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 9, 2017</u>   By: <u>/s/Kelley Tipton</u>

Name: <u>Kelley Tipton</u>

Title: <u>Certified Financial Counselor</u>