```
                            United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                          Case No. 17-02192-HWV
Joseph Robert Dmitrovic                                         Chapter 13
Danielle Nicole Beshore
        Debtors
                               CERTIFICATE OF NOTICE
District/off: 0314-1          User: DDunbar               Page 1 of 2            Date Rcvd: Aug 15, 2017
                              Form ID: ntcnfhrg           Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2017.
db/jdb         +Joseph Robert Dmitrovic,    Danielle Nicole Beshore,    628 South Second Street,
                 Steelton, PA 17113-2903
4926174        +Albright Col,   c/o Eastern Revenue, Inc.,    998 Old Eagle School Road,   Wayne, PA 19087-1805
4926175        +American Coradius International,    2420 Sweet Home Road, Suite 150,   Buffalo, NY 14228-2244
4926177        +Andrew E. Callahan, Esquire,    16 Matlack Lane,   Villanova, PA 19085-1120
4926178        +Bureau of Accout Managment,    PO Box 8875,   Camp Hill, PA 17001-8875
4926179        +Capital One,    PO Box 30285,   Salt Lake City, UT 84130-0285
4940396         Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
4950464         Capital One, N.A.,   c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
4926180        +Cardio Care, LLC,   c/o IC Sytems, Inc.,    444 Highway 96 East,   St Paul, MN 55127-2557
4926183        +CitiBank, N.A.,   c/o Midland Funding,    PO Box 939069,   San Diego, CA 92193-9069
4926185        +Dept Of Ed/582/Nelnet,   Attn: Claims/Bankruptcy,    PO Box 82505,   Lincoln, NE 68501-2505
4926186        +First National Bank,   4140 East State Street,    Hermitage, PA 16148-3401
4926188        +KML Law Group PC,   Attn: Rebecca A. Solarz, Esquire,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
4953239        +M&T Bank,    PO Box 1508,   Buffalo, NY 14240-1508
4935442        +MSHMC Physicians Group,    PO Box 854,   Hershey, PA 17033-0854
4938137         Navient Solutions, LLC. on behalf of USAF Inc,    Attn: Bankruptcy Litigation Unit E3149,
                 po box 9430,   wilkes-barre, PA 18773-9430
4926173         PA Department of Revenue,    Bureau of Individual Taxes,   Dept 280431,
                 Harrisburg, PA 17128-0431
4926200        +PPL,   2 North 9th Street,    CPC-GENN1,   Allentown, PA 18101-1139
4926195        +Penn Credit,    PO Box 988,   Harrisburg, PA 17108-0988
4926196        +Penn State Hershey Medical Center,    c/o Bureau of Account Management,   PO Box 8875,
                 Camp Hill, PA 17001-8875
4926197        +Penn Waste, Inc.,    PO Box 3066,   York, PA 17402-0066
4926198        +Pinnacle Health Emergency,    C/O Bureau of Account Management,   PO Box 8875,
                 Camp Hill, PA 17001-8875
4926199        +Pinnacle Health Emergency,    c/o Bureau of Account Management,   3607 Rosemont Avenue,
                 Camp Hill, PA 17011-6943
4926201        +Psychiatric Institute of Washi,    c/o IC Systems, Inc.,   444 Highway 96 East,
                 St Paul, MN 55127-2557
4926202        +Ream, Carr, Markey & Woloshin, LLP,    John N. Elliott, Esquire,   119 East Market Street,
                 York, PA 17401-1221
4926203        +Revenue Collect,    CRA Collections/Attn: Bankruptcy,   1150 Lancater Boulevard, Ste 210,
                 Mechanicsburg, PA 17055-4495
4926204        +Sprint,   PO Box 629023,   El Dorado Hills, CA 95762-9023
4926205        +Sprint,   PO Box 9004,   Renton, WA 98057-9004
4926206        +Suez Water Pennsylvania,    PO Box 371804,   Pittsburgh, PA 15250-7804
4935443        +TMSHMC Hospital,    PO Box 853,   Hershey, PA 17033-0853
4926207        +Verizon,   c/o Debt Recovery Solution,    6800 Jericho Turnpike, Suite 113e,
                 Syosset, NY 11791-4401
4926208        +Verizon,    500 Technolgy Drive, Suite 500,   Weldon Springs, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4926176         E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 15 2017 19:00:59     American Honda Finance,
                 PO Box 168088,   Irving, TX 75016
4929460         E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 15 2017 19:00:59
                 American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088
4926184        +E-mail/Text: bankruptcy@sw-credit.com Aug 15 2017 19:00:55      Comcast,
                 c/o Southwest Credit Systems,   4120 International Parkway Ste 1100,
                 Carrollton, TX 75007-1958
4926187        +E-mail/Text: banko@berkscredit.com Aug 15 2017 19:00:49      Harrisburg Gast,
                 c/o Berks Credit & Collections,    PO Box 329,   Temple, PA 19560-0329
4926172         E-mail/Text: cio.bncmail@irs.gov Aug 15 2017 19:00:47     Internal Revenue Service,   POB 7346,
                 Philadelphia, PA 19101-7346
4926189        +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 15 2017 19:00:45      Kohls/Capital One,
                 Kohls Credit,   PO Box 3043,   Milwaukee, WI 53201-3043
4926191         E-mail/Text: camanagement@mtb.com Aug 15 2017 19:00:50     M & T Bank,   Attn: Bankruptcy,
                 1100 Wehrle Drive, 2nd Floor,    Williamsville, NY 14221
4926192         E-mail/Text: camanagement@mtb.com Aug 15 2017 19:00:50     M & T Bank,   PO Box 767,
                 Buffalo, NY 14240
4926190         E-mail/Text: camanagement@mtb.com Aug 15 2017 19:00:50     M & T Bank,   PO Box 844,
                 Buffalo, NY 14240
4942627         E-mail/Text: camanagement@mtb.com Aug 15 2017 19:00:50     M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240
4926193        +E-mail/PDF: pa_dc_claims@navient.com Aug 15 2017 18:56:41      Navient,   Attn: Bankruptcy,
                 PO Box 9500,   Wilkes-Barre, PA 18773-9500
4926194         E-mail/Text: colleen.atkinson@rmscollect.com Aug 15 2017 19:01:09      Patient First,
                 c/o Receivable Management, Inc.,    7206 Hull Road, Suite 211,   Richmond, VA 23235
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4929119         +E-mail/Text: electronicbkydocs@nelnet.net Aug 15 2017 19:00:56
                  U.S. Department of Education c/o Nelnet,    US Department of Education c/o Nelnet,
                  121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
4950879          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 15 2017 19:02:54      Verizon,
                  by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                             TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4926181          Chase Card,    removed per entry #20
4926182          Chase Card Services,    removed per entry #20
                                                                                  TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2017 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor Joseph Robert Dmitrovic gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Joint Debtor Danielle Nicole Beshore gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Joseph Robert Dmitrovic<br>aka Joey R. Dmitrovic<br>Danielle Nicole Beshore<br>aka Danielle Dmitrovic<br><br>Debtor(s) | Chapter 13<br><br>Case No. 1:17−bk−02192−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**September 13, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd<br>Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: September 27, 2017<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 15, 2017 |