# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

July 10, 2018

## Via ECF Only

TO: US BANKRUPTCY COURT - CLERK

RE: Joseph Robert Dmitrovic & Danielle Nicole Beshore
Chapter 13, Bankruptcy Case No. 1:17-bk-02192 HWV

Dear Clerk:

Please be advised that the address for Joseph Robert Dmitrovic & Danielle Nicole Beshore has changed to the following:

1830 Carlton Drive
Lebanon, PA 17042

The Debtors previous address was as follows:

1583 Musgrass Circle
West Melbourne, FL 32904

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/bad

cc: Charles J. DeHart, III (Trustee)
Via E-Service