# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

August 20, 2018

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: Joseph Dmitrovic & Danielle Beshore
Chapter 13 Bankruptcy Case No. 1-17-02192

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

ALBRIGHT COL
CO EASTERN REVENUE INC
601 DRESHER RD STE 301
HORSHAM PA 19044-2277

The Creditor's <u>previous</u> address was as follows:

ALBRIGHT COL
CO EASTERN REVENUE INC
998 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1805

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm