# IMBLUM LAW OFFICES, P.C.

4615 DERRY STREET
HARRISBURG, PA 17111

email: gary.imblum@imblumlaw.com

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

Telephone
717.238.5250
Facsimile
717.558-8990

October 25, 2018

### Via ECF Only

TO: US BANKRUPTCY COURT - CLERK

RE: Joseph Dmitrovic & Danielle Beshore
Chapter 13 Bankruptcy Case No. 1-17-02192

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The new address is:

PATIENT FIRST
CO RECEIVABLE MANAGEMENT INC
1807 HUGUENOT RD STE 118
MIDLOTHIAN VA 23113-5604

The Creditor's previous address was as follows:

PATIENT FIRST
CO RECEIVABLE MANAGEMENT INC
7206 HULL ROAD SUITE 211
RICHMOND VA 23235

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm