# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

**email: gary.imblum@imblumlaw.com**

**Telephone**
**717.238.5250**
**Facsimile**
**717.558-8990**

March 19, 2020

**<u>Via ECF Only</u>**

TO:  US BANKRUPTCY COURT - CLERK

RE:  Joseph Robert Dmitrovic & Danielle Nicole Beshore
     Chapter 13, Bankruptcy Case No. 1:17-bk-02192 HWV

Dear Clerk:

Please be advised that the address for Joseph Robert Dmitrovic & Danielle Nicole Beshore has changed to the following:

3650 Salt Marsh Circle
Melbourne, FL 32904

The Debtors <u>previous</u> address was as follows:

1583 Musgrass Circle
West Melbourne, FL 32904

Very truly yours,

IMBLUM LAW OFFICES,  P.C.

Gary J. Imblum

GJI/bad

cc:  Charles J. DeHart, III (Trustee)
     Via E-Service

Doc ID: 2373a5881f1ea5c8f89e7bf1ac554cf5eb36676e