IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :
JOSEPH ROBERT DMITROVIC                   :      CASE NO. 1-17-02192-HWV
aka JOEY R. DMITROVIC                      :
DANIELLE NICOLE BESHORE                    :      CHAPTER 13
aka DANIELLE DMITROVIC                     :
                        Debtors            :

### DEBTORS' CONSENT TO APPLICATION OF ATTORNEY
### FOR CHAPTER 13 DEBTORS FOR COMPENSATION AND
### REIMBURSEMENT OF EXPENSES

I, Joseph Robert Dmitrovic, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Third Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

_____
Joseph Robert Dmitrovic

I, Danielle Nicole Beshore, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Third Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

_____
Danielle Nicole Beshore

DATE: 10/12/2020